### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WADE FARMS, WHITTINGTON & SUMNER FARMS, CLIFFORD F. DANCE d/b/a/ CLIFFORD DANCE FARMS, and all others similarly situated, | ) ) ) ) ) |
| Plaintiffs, | ) C.A. No. 06-600 (SLR) ) |
| v. | ) ) |
| MONSANTO COMPANY, | ) ) |
| Defendant. | ) |

### STIPULATION TO EXTEND TIME

Plaintiffs and Defendant hereby stipulate, subject to the approval of the Court, that Defendant's time to answer, move or otherwise respond to the Complaint in this action is extended to November 20, 2006. In the event, Defendant files a motion in response to the Complaint on November 20, 2006, the following briefing schedule shall apply:

| | |
|---|---|
| Answering Brief | December 20, 2006 |
| Reply Brief | January 12, 2007. |

ROSENTHAL, MONHAIT & GODDESS, P.A.

POTTER ANDERSON & CORROON LLP

By:  */s/ Jeffrey S. Goddess*
    Jeffrey S. Goddess (#630)
    919 Market Street, Suite 1401
    P. O. Box 1070
    Wilmington, DE  19899-1070
    Tel:  (302) 654-1888
    jgoddess@rmgglaw.com

*Attorney for Plaintiffs*

By:  */s/ David E. Moore*
    Richard L. Horwitz (#2246)
    David E. Moore (#3983)
    Hercules Plaza, 6th Floor
    1313 North Market Street
    Wilmington, Delaware 19889-0951
    Tel.: (302) 984-6000
    rhorwitz@potteranderson.com
    dmoore@potteranderson.com

*Attorneys for Defendant*

IT IS SO ORDERED this _____ day of _____, 2006.

_____
United States District Court Judge

755905/30803