IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WADE FARMS, WHITTINGTON & SUMNER FARMS, CLIFFORD F. DANCE, D/B/A CLIFFORD DANCE FARMS, and all others similarly situated,<br><br>            Plaintiffs,<br><br>v.<br><br>MONSANTO COMPANY,<br><br>            Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) C.A. No. 06-600-SLR<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## DEFENDANT MONSANTO COMPANY'S MOTION TO DISMISS PLAINTIFFS' COMPLAINT FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, Defendant Monsanto Company moves this Court to dismiss Plaintiffs' Complaint for failure to state a claim upon which relief can be granted. In support of its motion, Monsanto submits herewith the accompanying Memorandum in Support of its Motion to Dismiss.

| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
|---|---|
| Kenneth A. Letzler<br>Robert N. Weiner<br>Jonathan I. Gleklen<br>Anthony J. Franze<br>ARNOLD & PORTER LLP<br>555 Twelfth Street, N.W.<br>Washington, D.C. 20004-1206<br>(202) 942-5000<br><br>Peter E. Moll<br>John J. Rosenthal<br>Timothy T. Finley<br>HOWREY LLP<br>1299 Pennsylvania Ave., N.W.<br>Washington, DC 20004<br>(202) 783-0800<br><br>Dated: November 20, 2006 | By: /s/ David E. Moore<br>     Richard Horwitz (#2246)<br>     David E. Moore (#3938)<br>     Hercules Plaza, 6th Floor<br>     P.O. Box 951<br>     Wilmington, DE 19801<br>     (302) 984-6000<br>     rhorwitz@potteranderson.com<br>     dmoore@potteranderson.com<br><br>*Attorneys for Defendant*<br>*Monsanto Company* |

763265 / 30803

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, David E. Moore, hereby certify that on November 20, 2006, the attached document was hand delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading:

Jeffrey S. Goddess
Rosenthal, Monhait & Goddess, P.A.
919 Market Street, Suite 1401
P.O. Box 1070
Wilmington, DE 19899

I hereby certify that on November 20, 2006, I have sent by Electronically Mailed the foregoing document to the following:

| | |
|---|---|
| Noah H. Silverman | Adam M. Moskowitz |
| Bruce E. Gerstein | Tucker Ronzetti |
| Joseph Opper | David M. Buckner |
| Garwin Gerstein & Fisher LLP | Kozyak Torpin & Throckmorton, P.A. |
| 1501 Broadway, Suite 1416 | 2525 Ponce de Leon, 9th floor |
| New York, NY 10036 | Miami, FL 33134 |
| nsilverman@garwingerstein.com | AMM@KTTLAW.COM |
| bgerstein@garwingerstein.com | TR@KTTLAW.COM |
| jopper@garwingerstein.com | DMB@KTTLAW.COM |

/s/ *David E. Moore*
Richard L. Horwitz (#2246)
David E. Moore (#3983)
Potter Anderson & Corroon LLP
Hercules Plaza
Wilmington, DE 19899
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

763267 / 30803