

**Potter Anderson & Corroon LLP**

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984-6000

**David E. Moore**
Associate
Attorney at Law
dmoore@potteranderson.com
302 984-6147  Direct Phone
302 658-1192  Fax

**www.potteranderson.com**

January 18, 2007

**VIA ELECTRONIC FILING**

The Honorable Sue L. Robinson
United States District Judge
J. Caleb Boggs Federal Building
844 N. King Street, Lockbox 18
Wilmington, DE 19801

      Re:    **Pullen Seeds and Soil v. Monsanto Company (06-599)**
            **Monsanto ID #2006-000849; and**
            **Wade Farms, et al. v. Monsanto Company (06-600)**
            **Monsanto ID #2006-000850**

Dear Chief Judge Robinson:

      We have reviewed Mr. Goddess' January 17, 2007 letter requesting oral argument on Plaintiffs' Motions to Dismiss. Although Monsanto Company does not believe oral argument is necessary, we will appear at the Court's convenience if Your Honor believes oral argument would be helpful to resolve the pending motions.

            Respectfully,

            */s/ David E. Moore*

            David E. Moore

DEM/msb
773197

cc:     Clerk of the Court (via hand delivery)
        Counsel of Record (via electronic mail)