## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PULLEN SEEDS AND SOIL, on behalf of itself, and all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | C.A. No. 06-599 (SLR) |
| MONSANTO COMPANY, | ) ) ) | |
| Defendant. | ) | |
| WADE FARMS, WHITTINGTON & SUMNER FARMS, CLIFFORD F. DANCE, D/B/A CLIFFORD DANCE FARMS, and all others similarly situated, | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 06-600 (SLR) |
| MONSANTO COMPANY, | ) ) ) | |
| Defendant. | ) | |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that two copies of Plaintiff's Rule 26(a)(1) Disclosures, along with this Notice Of Service, were served via e-mail and first class mail on February 7, 2007, as follows:

> Richard L. Horwitz, Esquire
> David E. Moore, Esquire
> Potter Anderson & Corroon LLP
> P. O. Box 951
> Wilmington, DE 19899-0951

PLEASE ALSO TAKE NOTICE that this Notice of Service was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing to the following registered participant(s), including:

>Richard L. Horwitz, Esquire
>David E. Moore, Esquire
>Potter Anderson & Corroon LLP
>P. O. Box 951
>Wilmington, DE 19899-0951

>/s/ Jeffrey S. Goddess
>Jeffrey S. Goddess (Del. Bar No. 630)
>Rosenthal, Monhait & Goddess, P.A.
>Suite 1401, 919 Market Street
>P. O. Box 1070
>Wilmington, DE 19899
>(302) 656-4433
>Attorneys for Plaintiffs