IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PULLEN SEEDS AND SOIL, on behalf of itself and all others similarly situated,<br><br>   Plaintiff,<br><br>  v.<br><br>MONSANTO COMPANY,<br><br>   Defendant. | C.A. No. 06-599-SLR |
| WADE FARMS, WHITTINGTON & SUMNER FARMS, CLIFFORD F. DANCE, D/B/A CLIFFORD DANCE FARMS, and all others similarly situated,<br><br>   Plaintiffs,<br><br>  v.<br><br>MONSANTO COMPANY,<br><br>   Defendant. | C.A. No. 06-600-SLR |

## NOTICE OF SERVICE

The undersigned, counsel for defendant Monsanto Company ("Monsanto"), hereby certifies that copies of the following documents were caused to be served on March 23, 2007, upon the following attorneys of record at the following addresses as indicated:

  DEFENDANT MONSANTO COMPANY'S INITIAL DISCLOSURES
  PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(A)(1)

**VIA HAND DELIVERY**

Jeffrey S. Goddess
Rosenthal, Monhait & Goddess, P.A.
919 Market Street, Suite 1401
P.O. Box 1070
Wilmington, DE 19899

**VIA ELECTRONIC MAIL**

| | |
|---|---|
| Noah H. Silverman | Adam M. Moskowitz |
| Bruce E. Gerstein | Tucker Ronzetti |
| Joseph Opper | David M. Buckner |
| Garwin Gerstein & Fisher LLP | Kozyak Torpin & Throckmorton, P.A. |
| 1501 Broadway, Suite 1416 | 2525 Ponce de Leon, 9th floor |
| New York, NY 10036 | Miami, FL 33134 |
| nsilverman@garwingerstein.com | AMM@KTTLAW.COM |
| bgerstein@garwingerstein.com | TR@KTTLAW.COM |
| jopper@garwingerstein.com | DMB@KTTLAW.COM |

OF COUNSEL:

Kenneth A. Letzler
Robert N. Weiner
Jonathan I. Gleklen
Anthony J. Franze
ARNOLD & PORTER LLP
555 Twelfth Street, N.W.
Washington, D.C. 20004-1206
(202) 942-5000

Peter E. Moll
John J. Rosenthal
Timothy T. Finley
HOWREY LLP
1299 Pennsylvania Ave., N.W.
Washington, DC 20004
(202) 783-0800

Dated: March 26, 2007
785685 / 30803

POTTER ANDERSON & CORROON LLP

By: /s/ David E. Moore
   Richard Horwitz (#2246)
   David E. Moore (#3938)
   Hercules Plaza, 6th Floor
   P.O. Box 951
   Wilmington, DE 19801
   (302) 984-6000
   rhorwitz@potteranderson.com
   dmoore@potteranderson.com

*Attorneys for Defendant*
*Monsanto Company*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on March 26, 2007, the attached document was hand delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading:

Jeffrey S. Goddess
Rosenthal, Monhait & Goddess, P.A.
919 Market Street, Suite 1401
P.O. Box 1070
Wilmington, DE 19899

I hereby certify that on March 26, 2007, I have sent by Electronically Mailed the foregoing document to the following:

| | |
|---|---|
| Noah H. Silverman<br>Bruce E. Gerstein<br>Joseph Opper<br>Garwin Gerstein & Fisher LLP<br>1501 Broadway, Suite 1416<br>New York, NY 10036<br>nsilverman@garwingerstein.com<br>bgerstein@garwingerstein.com<br>jopper@garwingerstein.com | Adam M. Moskowitz<br>Tucker Ronzetti<br>David M. Buckner<br>Kozyak Torpin & Throckmorton, P.A.<br>2525 Ponce de Leon, 9th floor<br>Miami, FL 33134<br>AMM@KTTLAW.COM<br>TR@KTTLAW.COM<br>DMB@KTTLAW.COM |

/s/ *David E. Moore*
Richard L. Horwitz (#2246)
David E. Moore (#3983)
Potter Anderson & Corroon LLP
Hercules Plaza
Wilmington, DE 19899
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

763267 / 30803