IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PULLEN SEEDS AND SOIL, on behalf of itself, and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MONSANTO COMPANY,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 06-599 (SLR) |
| WADE FARMS, WHITTINGTON & SUMNER FARMS, CLIFFORD F. DANCE, D/B/A CLIFFORD DANCE FARMS, and all others similarly situated,<br>Plaintiffs,<br><br>v.<br><br>MONSANTO COMPANY,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 06-600 (SLR) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that copies of Plaintiff's Revised Rule 26(a)(1) Disclosures were served via e-mail March 26, 2007 and by hand delivery on March 27, 2007, as follows:

> Richard L. Horwitz, Esquire
> David E. Moore, Esquire
> Potter Anderson & Corroon LLP
> P. O. Box 951
> Wilmington, DE 19899-0951

I further certify that on March 26, 2007, co-counsel electronically mailed Plaintiff's Amended Rule 26(a)(1) Disclosures, to the following:

| | |
|---|---|
| Peter E. Moll, Esquire | Kenneth A. Letzler, Esquire |
| John J. Rosenthal, Esquire | Jonathan I. Gleklen, Esquire |
| Scott Flick, Esquire | Robert N. Weiner, Esquire |
| Howrey LLP | Arnold & Porter LLP |
| 1299 Pennsylvania Avenue, N.W. | 555 12th Street, N.W. |
| Washington, DC 20004 | Washington, DC 20004 |
| mollp@howrey.com | kenneth.letzler@aporter.com |
| rosenthalj@howrey.com | jonathan.gleklen@aporter.com |
| flicks@howrey.com | robert.weiner@aporter.com |

PLEASE ALSO TAKE NOTICE that this Notice of Service was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing to the following registered participant(s), including:

>   Richard L. Horwitz, Esquire
>   David E. Moore, Esquire
>   Potter Anderson & Corroon LLP
>   P. O. Box 951
>   Wilmington, DE 19899-0951

_____
Jeffrey S. Goddess (Del. Bar No. 630)
Rosenthal, Monhait & Goddess, P.A.
Suite 1401, 919 Market Street
P. O. Box 1070
Wilmington, DE 19899
(302) 656-4433
jgoddess@rmgglaw.com
*Attorneys for Plaintiffs*