IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PULLEN SEEDS AND SOIL, on behalf of itself, and all other similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MONSANTO COMPANY,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>) C.A. No. 06-599 (SLR)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| WADE FARMS, WHITTINGTON & SUMNER FARMS, CLIFFORD F. DANCE, D/B/A CLIFFORD DANCE FARMS, and all other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MONSANTO COMPANY,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) C.A. No. 06-600 (SLR)<br>)<br>)<br>)<br>)<br>)<br>) |

**STIPULATION AND AGREEMENT PERTAINING TO EXPERT DISCOVERY**

The parties hereto, through their respective counsel of record, hereby stipulate to the following regarding the scope of expert discovery and testimony relating to experts in this matter.

      1.      In order to avoid consuming the parties' and the Court's time and resources on potential discovery issues relating to experts, the parties have agreed to certain limitations on the scope of expert-related discovery and testimony in this matter.

      2.      The following categories of data, information, or documents need not be disclosed by the parties or their experts, and are outside the scope of permissible discovery (including deposition question):

      (a)      Draft reports; and/or

  (b) Any oral or written communication between an expert witness and (i) the expert's assistants, clerical or support staff and/or (ii) attorneys for the party offering the testimony of such expert witness, unless the expert witness is relying upon the aforementioned communications as part of his/her opinions in this matter.

  3. The parties agree to comply with this Stipulation and Agreement regardless of the scope of the expert discovery ordered in any other matter.

STIPULATED AND AGREED TO on May 3, 2007.

ROSENTHAL, MONHAIT & GODDESS, P.A.

Bruce E. Gerstein
Noah H. Silverman
Joseph Opper
GARWIN, GERSTEIN & FISHER, L.L.P.
1501 Broadway, Suite 1416
New York, N.Y 10036
Tel: (212) 398-0055

By: /s/ Jeffrey S. Goddess
  Jeffrey S. Goddess (#630)
  919 Market Street, Suite 1401
  P.O. Box 1070
  Wilmington, DE 19899-1070
  (302) 656-4433
  jgoddess@rmgglaw.com

Adam Moskowitz
David M. Buckner
Alex S. Bokor
KOZYAK, TROPIN & THROCKMORTON, P.A.
2525 Ponce de Leon, 9th Floor
Miami, FL 33134
Tel: (305) 372-1800

Stuart E. Des Roches
ODOM & DES ROCHES, L.L.P.
650 Poydras Street
Suite 2020
New Orleans, LA 70130
Tel: (504) 522-0077

Daniel Berger
Eric Cramer
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103
Tel: (215) 875-3000

David P. Smith
W. Ross Foote
PERCY, SMITH & FOOTE
720 Murray Street
P.O. Box 1632
Alexandria, LA 71309
Tel: (318) 445-4480

H. Donald Brock
WHITTINGTON, BROCK &
  SWAYZE, P.A.
308 Fulton
Greenwood, MS 38930
Tel: (662) 453-7325

Michael Miller, Esq.
LAW OFFICE OF MICHAEL MILLER
926 Chulie Drive
San Antonio, TX 78216
Tel: (210) 225-6666

Counsel for PULLEN SEEDS AND SOIL, et al.

| | |
|---|---|
| Peter E. Moll<br>John J. Rosenthal<br>Timothy Finley<br>HOWREY LLP<br>1299 Pennsylvania Ave., N.W.<br>Washington, DC 20004<br>Tel: (202) 783-0800<br><br>Robert Weiner<br>Anthony Franze<br>Kenneth A. Letzler<br>ARNOLD & PORTER LLP<br>555 12th Street, N.W.<br>Washington, D.C. 20004<br>Tel: (202) 942-5000 | POTTER ANDERSON & CORROON LLP<br><br>By: */s/ David E. Moore*<br>    Richard L. Horwitz (#2246)<br>    David E. Moore (#3983)<br>    Hercules Plaza, 6th Floor<br>    1313 N. Market St.<br>    Wilmington, DE 19801<br>    Tel: (302) 984-6000<br>    rhorwitz@potteranderson.com<br>    dmoore@potteranderson.com<br><br>Counsel for MONSANTO COMPANY |

IT IS HEREBY SO ORDERED this ___ day of _____, 2007.

_____
Honorable Sue L. Robinson
United States District Judge

793231 / 30803