IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PULLEN SEEDS AND SOIL, on behalf of itself, and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MONSANTO COMPANY,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) C.A. No. 06-599 (SLR)<br>)<br>)<br>)<br>)<br>) |
| WADE FARMS, WHITTINGTON & SUMNER FARMS, CLIFFORD F. DANCE, D/B/A CLIFFORD DANCE FARMS, and all others similarly situated,<br>Plaintiffs,<br><br>v.<br><br>MONSANTO COMPANY,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) C.A. No. 06-600 (SLR)<br>)<br>)<br>)<br>) |

**MOTION AND ORDER**
**FOR ADMISSIONS PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admissions *pro hac vice* of John Gregory Odom, Esquire and Charles F. Zimmer, II, Esquire of Odom & Des Roches, LLP, 650 Poydras Street, Suite 2020, New Orleans, LA 70130 to represent plaintiffs in this matter.

_____
Jeffrey S. Goddess, Movant (Del Bar No. 630)
Rosenthal, Monhait & Goddess, P.A.
P. O. Box 1070
Wilmington, DE 19899
(302) 656-4433
jgoddess@rmgglaw.com
 Attorney for Plaintiff

June 12, 2007

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the State of Louisiana and the State of Georgia, and an inactive member of the District of Columbia Bar, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Respectfully submitted this 11th day of June, 2007.

*J.G.Od*

John Gregory Odom
***Odom & Des Roches, LLP***
650 Poydras Street
Poydras Center, Suite 2020
New Orleans, LA 70130
Telephone: (504) 522-0077
Telecopier: (504) 522-0078

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Louisiana, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Respectfully submitted this 11th day of June, 2007.

Charles F. Zimmer II
*Odom & Des Roches, LLP*
650 Poydras Street
Poydras Center, Suite 2020
New Orleans, LA 70130
Telephone: (504) 522-0077
Telecopier: (504) 522-0078

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PULLEN SEEDS AND SOIL, on behalf of itself, and all others similarly situated, )<br><br>Plaintiff, )<br><br>v. )<br><br>MONSANTO COMPANY, )<br><br>Defendant. ) | C.A. No. 06-599 (SLR) |
| WADE FARMS, WHITTINGTON & SUMNER FARMS, CLIFFORD F. DANCE, D/B/A CLIFFORD DANCE FARMS, and all others similarly situated, )<br>Plaintiffs, )<br><br>v. )<br><br>MONSANTO COMPANY, )<br><br>Defendant. ) | C.A. No. 06-600 (SLR) |

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* of John Gregory Odom, Esquire and Charles F. Zimmer, II, Esquire is granted.

Date: _____

_____
United States District Judge